UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**SHAPIRO, CROLAND, REISER,
 APFEL & DI IORIO, LLP**
John P. Di Iorio
Continental Plaza II
411 Hackensack Avenue
Hackensack, NJ 07601
Tele: (201) 488-3900
Fax: (201) 488-9481
*Proposed Attorneys for Debtor*

In Re:   RENAISSANCE DEVELOPMENT, LLC

Debtor.

Case No.:  16-29215-VFP

Chapter 11 Proceeding

## CONSENT ORDER PURSUANT TO 11 U.S.C. §543(d) EXCUSING
## RENT RECEIVER FROM TURNOVER OF PROPERTY OF DEBTOR

It appearing that Renaissance Development, LLC ("Debtor") is the owner of a five unit commercial property located at 301 Hoboken Road, Carlstadt, New Jersey (the "Property"); and it further appearing that NAI Hanson ("Hanson") was appointed as rent receiver ("Rent Receiver") for the Property pursuant to an order entered by the Superior Court of New Jersey on October 12, 2012; and it further appearing that Oritani Bank is the holder of a first mortgage lien against the Property; and Debtor having made a demand upon Hanson pursuant to Section 543(b) of the Bankruptcy Code shortly after the filing of its petition under chapter 11 of the Bankruptcy Code to deliver property of the Debtor and provide an accounting of any property of the Debtor; and the Debtor, Hanson and Oritani Bank having agreed to the terms of this order; and it appearing that the interests of creditors would be better served by permitting Hanson to continue in possession, custody or control of the Property pursuant to the terms of this order; it is

DATED: November 15, 2016
656322.1

Honorable Vincent F. Papalia
United States Bankruptcy Judge

ORDERED as follows:

1.  Hanson shall continue to serve as Rent Receiver for the Property in accordance with the terms of the order of the Superior Court dated October 12, 2012, as modified herein, for a period of sixty (60) days from entry of this Order, subject to further extensions upon application and entry of an order by this Court;

2.  Hanson is excused from delivering to the Debtor any property of the Debtor held by Hanson, or the proceeds, product, off-spring, rents, or profits of such property, that is in Hanson's possession, custody or control;

3.  Hanson shall provide Debtor within seven (7) days of entry of this order an accounting of all receipts and disbursements related to the Property since Hanson's appointment as rent receiver;

4.  Hanson is authorized to make expenditures from any rents it receives with regard to the Property to pay real estate taxes, utilities, insurance, garbage dumpster costs and the amounts due to Hanson pursuant to this Order. Hanson shall also pay from any rents it receives with regard to the Property quarterly fees due to the United States Trustee based upon the amount of disbursements made by Hanson and Debtor. Debtor shall pay all maintenance, repair and other expenses necessary to preserve and maintain the Property;

5.  Hanson shall deliver a key to the Property to the Debtor and the Debtor shall be authorized to enter into arms' length leases for the Property with the approval of Hanson or the entry of an order by the Court authorizing Debtor to enter into a particular lease; and

6.  Subject to entry of an Order by this Court, Hanson shall be entitled to compensation of 6% of all rents received by Hanson plus any expenses incurred by Hanson and Hanson shall be entitled to seek an allowance of compensation pursuant to an order of this Court for its counsel, LoFaro & Reiser, LLP.

7.  Hanson shall provide monthly reports to the Debtor and Oritani Bank as to the status of monies collected and disbursed.

We hereby consent to the form and entry
of the within Order.

Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP          LeClairRyan, PC
Proposed Attorneys for Debtor                            Attorneys for Oritani Bank

By: _____          By: _____
    John P. Di Iorio, Esq.                  David S. Catuogno, Esq.

Dated: ~~October~~ ___8___, 2016          Dated: October ___6___, 2016
       November                                  November

656322.1

LoFaro & Reiser, LLP
Attorneys for NAI Hanson

By: _____
Glenn R. Reiser, Esq.

Dated: November __7__, 2016

656322.1